UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
No. 1:22-CV-10763-JCB

_____
                                              )
JEFFREY E. JONES, JULIE J.          )
HUTCHESON, and DAVID C.          )
ALLEN, Individually and as           )
Co-Personal Representatives of the  )
Estate of Lois A. Jones, and as      )
Co-Trustees of the Lois A. Jones    )
Revocable Trust u/d/t October 6, 2006, )
and the ESTATE OF LOIS A. JONES, )
              Plaintiffs           )
                                          )
v.                                        )
                                          )
THE TOWN OF HARWICH, THE    )
HARWICH CONSERVATION         )
COMMISSION, and THE HARWICH )
BOARD OF HEALTH,               )
              Defendants         )
_____)

## JOINT STATUS REPORT

Now come the parties in the above-entitled action, the Plaintiffs, Jeffrey Jones, Julie Hutcheson, David Allen, and the Estate of Lois A. Jones (collectively, the "Plaintiffs"), and the Defendants, the Town of Harwich, the Harwich Conservation Commission, and the Harwich Board of Health (collectively, the "Town"), and respectfully submit this joint status report.

After the Court issued its Order on Defendants' Motion for Summary Judgment on August 23, 2024, the parties renewed the settlement discussions that they had

1

undertaken at prior points in the litigation.  On October 29, 2024, the parties reached an agreement in principle that will resolve all claims and defenses, and which will result in the parties filing a Stipulation of Dismissal.

The agreement calls for the Town to pay the Plaintiffs an agreed upon sum of money and in return the Plaintiffs will convey the subject land (5 Sea Street Extension, Harwich) to the Town.  Thereafter, the parties will file a Stipulation of Dismissal pursuant to Fed.R.Civ.P. 41(1)(a)(ii).

The parties require approximately seven (7) weeks in order to implement the settlement.  This is because the parties intend to enter into a Purchase and Sale Agreement for the land, and the Town needs to conduct due diligence that is typical for a real estate purchase, including confirming good and marketable title.

In light of the foregoing, the parties jointly request that this Honorable Court schedule a Status Conference in mid-January, 2025 so as to keep the case pending while the settlement is implemented.  It is the expectation of the parties that a Stipulation of Dismissal will be filed prior to the Status Conference.  If a Stipulation of Dismissal is not filed prior to the Status Conference, then the parties will be prepared to report to the Court on the status of settlement and as to why the settlement has not been concluded.

| | |
|---|---|
| Dated:  October 31, 2024 | Respectfully submitted,<br>Jeffrey E. Jones, Julie J. Hutcheson, and David C. Allen, individually and as Co-Personal Representatives of the Estate of Lois A. Jones and as Co-Trustees of the Lois A. Jones Revocable Trust u/a/d October 6, 2006, and the Estate of Lois A. Jones,<br>By their Attorneys,<br><br>*/s/ Seth G. Roman*_____<br>Seth G. Roman, Esquire<br>BBO#: 638700<br>LaTanzi, Spaulding & Landreth, LLP<br>8 Cardinal Way<br>Post Office Box 2300<br>Orleans, MA 02653<br>(508) 255-2133<br>sroman@latanzi.com<br><br>*/s/ Brian J. Wall*_____<br>Brian J. Wall<br>BBO No. 560063<br>Troy Wall Associates<br>90 Route 6A<br>Sandwich, MA  02563<br>(508) 888-5700<br>bjw@troywallassociates.com<br><br>TOWN OF HARWICH, the HARWICH CONSERVATION COMMISSION and the HARWICH BOARD OF HEALTH,<br>By their attorneys.<br><br>*/s/ Justin M. Perrotta*_____<br>Justin M. Perrotta<br>BBO No. 641828<br>KP Law, P.C.<br>Town Counsel<br>101 Arch Street, 12th Floor<br>Boston, MA 02110-1109<br>(617) 556-0007<br>jperrotta@k-plaw.com |

3